151 A.3d 976

IN THE MATTER OF THE ENFORCEMENT OF NEW JERSEY FALSE CLAIMS ACT SUBPOENAS (STATE OF NEW JERSEY-PETITIONER)

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-749/756-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.